Case 1:09-cr-00291-CCC   Document 286   Filed 10/30/15   Page 1 of 1

AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Middle District of Pennsylvania

United States of America
v.

Donald Hunt

)
)
) Case No: 1:CR-09-291-01
)
) USM No: 10199-067
)

Date of Original Judgment: 04/22/2010
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

James V. Wade, Esq.
*Defendant's Attorney*

**FILED HARRISBURG, PA OCT 30 2015 MARIA E. ELKINS, CLERK Per _____**

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
  ☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   235   months **is reduced to**   188 months   .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   04/22/2010   shall remain in effect.

**IT IS SO ORDERED.**

Order Date:  10/30/15

*Judge's signature*

Effective Date:  11/01/2015
*(if different from order date)*

Christopher C. Conner, Chief United States District Judge
*Printed name and title*