AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)                Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
_____Middle_____ District of _____Pennsylvania_____

FILED
HARRISBURG, PA
AUG 15 2016
PETER WELSH
MARIA E... CLERK
Per _____

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No: 1:CR-09-291-01 |
| Donald Hunt | ) | |
| | ) | USM No: 10199-067 |
| Date of Original Judgment: 04/22/2010 | ) | |
| Date of Previous Amended Judgment: 10/30/2015 | ) | Pro Se |
| *(Use Date of Last Amended Judgment if Any)* | | Defendant's Attorney |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  ☒ the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
  ☒ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __8/15/16__

Judge's signature

Effective Date: _____
*(if different from order date)*

Christopher C. Conner, Chief United States District Judge
*Printed name and title*